UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RAYMOND EUGENE PEA,

Defendant.
_____________________________________/

**INDICTMENT**

The Grand Jury charges:

**Felon in Possession of a Firearm**

On or about April 29, 2026, in Ingham County, in the Southern Division of the Western District of Michigan,

RAYMOND EUGENE PEA,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a .45 caliber Glock Model 30S semiautomatic pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

A TRUE BILL

[ /s/ Redacted ]
_____________________________________
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____________________________________
OLIVIA KAY GHISELLI
Assistant United States Attorney